Robert C. PORTER et al., Appellants, v. Maurice M. MILLIGAN, United States District Attorney for the Western District of Missouri.

No. 10872.

Circuit Court of Appeals, Eighth Circuit.

Oct. 6, 1937.

I. J. Ringolsky, William G. Boatright, Harry L. Jacobs, James Daleo, and Ludwick Graves, all of Kansas City, Mo., for appellants.

Maurice M. Milligan, U. S. Atty., and Sam C. Blair, Thomas A. Costolow, and Randall Wilson, Asst. U. S. Attys., all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed without costs to either party in this court on motion of appellants in open court.